IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                          Case No. 4:14-cr-00201 KGB

LYNN ESPEJO                                                                            DEFENDANT

## ORDER

The Court began conducting an evidentiary hearing in this matter on July 31, 2015. The Court continues the evidentiary hearing until Tuesday, August 4, 2015, at 9:00 a.m. All subpoenas issued for the July 31, 2015, hearing remain in effect through Tuesday, August 4, 2015.

Dated this 31st day of July, 2015.

Kristine G. Baker
United States District Judge