IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                             Case No. 4:14-cr-00201 KGB

LYNN ESPEJO                                                                                                 DEFENDANT

## ORDER

Before the Court are defendant Lynn Espejo's motion for extension of time to respond to pleadings and amended motion for extension of time to respond to pleadings (Dkt. Nos. 117; 118). Ms. Espejo requests an extension of time to respond to two motions *in limine* and a motion under seal filed by the government. Ms. Espejo's motions indicate that the government does not object to her request.

For good cause shown, Ms. Espejo's amended motion for extension of time to respond to pleadings is granted (Dkt. No. 118). Her motion for extension of time to respond to pleadings is denied as moot (Dkt. No. 117). Ms. Espejo has up to and including July 25, 2016, to respond to the pending motions *in limine* and motion under seal filed by the government.

So ordered this the 11th day of July, 2016.

_____
Kristine G. Baker
United States District Judge